Fezon S. Shannon, Respondent, v. Heyward H. Shannon, Appellant.— Judgment affirmed, with costs. No opinion. Rich, Young, Carswell and Scudder,

---

* Revd., 251 N. Y. 351.   † Revd., 251 N. Y. 321.   ‡ Affd., 251 N. Y. 349.

JJ., concur; Lazansky, P. J., dissents, being of opinion that the determination of the referee is against the weight of the evidence.